SLOCUM ENTERPRISES, INC. and D. Barclay Slocum Trust Agreement, Plaintiffs–Appellants,

v.

NEW GENERATION DEVICES, Defendant–Appellee.

No. 05–1195.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2005.

Before RADER, LINN, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.